IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WANDA BENNETT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action #: 05-1149T |
| | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's brief; because the Assistant United States Attorney representing the government in this matter consents to the additional time requested; because Plaintiff's appeal attorney was retained at the appellate stage, and had no access to the record in this matter until the government filed its answer and the record, and because additional time is needed to adequately brief this case,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including September 29, 2005, to file a brief in support of her

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-01-05

appeal.

_____
District Court Judge

30 August 2005

Approved for entry:

_____
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joe Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 29th day of August, 2005.

_____
Roger Stanfield

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01149 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT