UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WANDA F. BENNETT,

      Plaintiff,

v.                                                    Civil No. 05-1149

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

## ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by December 28, 2005.

Judge, United States District Court

Date: 6 December 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on   12-09-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01149 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT