UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERNN DIVISION

FILED BY ____ew___ D.C.

05 DEC 23 AM 11:07

THOMAS M. GOULD
DISTRICT COURT

Wanda F. Bennett
122 Jones Street
Newbern, Tennessee 38059
SSN: 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
    Plaintiff,

v.            Civil Action No. 1-05-1149-T An

Jo Anne B. Barnhart,
Commissioner of
Social Security,
    Defendant.

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

In reliance on the presentations set forth in the attached application and affidavit,

IT IS ORDERED that the Plaintiff in the above-entitled proceeding be, and hereby is, permitted to prosecute said proceedings to conclusion without prepayment of costs or giving security therefor, and without prepayment of U.S. Marshal service fees, pursuant to 28 U.S.C. §1915.

Dated at Memphis, Tennessee this the __23__ Day of ~~June~~ December, 2005.

BY THE COURT:

_____
United States District Judge/
Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-29-05__

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CV-01149 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT