UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



WANDA F. BENNETT,

     Plaintiff,

v.                            Civil No. 05-1149

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

---

## ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by January 10, 2006.

_James D. Todd_

Judge, United States District Court

Date: _29 December 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12/30/05

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in
case 1:05-CV-01149 was distributed by fax, mail, or direct printing on
December 30, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT